UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OWEN HARTY, Individually,

              Plaintiff,                          CASE NO:  6:11-CV-361-Orl-19GJK

vs.

DENNY'S INC.,

              Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Owen Harty, through his undersigned counsel, and Defendant Denny's, Inc., through its undersigned counsel, hereby stipulate to the voluntary dismissal of this Complaint with prejudice of this action, with the parties to bear their own attorneys' fees and costs.  The Parties respectfully request that this Court retain jurisdiction to enforce the terms of the settlement.


By:                                     By:


/s/ Philip Michael Cullen, III_____      /s/ Todd S. Aidman_____
Philip Michael Cullen, III                       Todd S. Aidman
Florida Bar No. 167853                       Florida Bar No. 0173029
cullen@thomasbaconlaw.com            taidman@fordharrison.com
THOMAS B. BACON, P.A.                FORD & HARRISON LLP
621 South Federal Highway             101 E. Kennedy Blvd., Suite 900
Suite 4                                       Tampa, Florida  33602
Fort Lauderdale, Florida  33301        Telephone:  (813) 261-7800
Telephone:  (954) 462-0600            Facsimile:   (813) 261-7899
Facsimile:  (954) 462-1717

Attorneys for Plaintiff                     Attorneys for Defendant

Dated:  March 23, 2012

                                         Dated:  March 23, 2012